## JAMES W. JOHNSON *v.* WILLARD DETZEL

[No. 28, April Term, 1935]

*Decided May 22nd, 1935.*

The cause was argued before BOND, C. J., URNER, OFFUTT, PARKE, SLOAN, MITCHELL, SHEHAN, and JOHNSON, JJ.

*John E. Oxley,* with whom was *Ridgley P. Melvin* on the brief, for the appellant.

*John S. Strahorn, J. Harry Schad,* and *J. Britain Winter,* submitting on brief, for the appellees.

BOND, C. J., delivered the opinion of the Court.